IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW L. SR.,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

Defendant.

Case No. 6:17-cv-01502-MA

ORDER FOR EAJA FEES

MARSH, Judge

On September 17, 2018, Plaintiff Matthew L. Sr.[1] filed an Application for Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), seeking an award of fees in the amount of $4,853.69. (ECF No. 19). The Government does not oppose the Application.

It is ORDERED that attorney fees in the amount of $4,853.69 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff has no debt

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 - ORDER FOR EAJA FEES

which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Merrill Schneider, and mailed to him at P.O. Box 14490, Portland, Oregon, 97293. If Plaintiff has a qualifying debt, then the check for any remaining funds after offset shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __9__ day of October, 2018.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES